**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ROBERT WOLFSON, ET AL.,**

        Plaintiffs,        19-mc-108 (JGK)

   - against -                <u>ORDER</u>

**UBS SECURITIES LLC,**

        Defendant.

---

**JOHN G. KOELTL, District Judge:**

Based on Magistrate Judge Gorenstein's memo endorsement, Dkt. No. 29, the Clerk is directed to close this case.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **June 23, 2020**                 /s/ John G. Koeltl
                                                   **John G. Koeltl**
                                            **United States District Judge**